1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR13-0305-FMO |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. DARON DEVON TURNER, | ) ) ) ) | |
| Defendant. | ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:_____

1

1           and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the safety
4           of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c).  This finding is based on the following:
6           (X)   information in the Pretrial Services Report and Recommendation
7           (X)   information in the violation petition and report(s)
8           (X)   the defendant's nonobjection to detention at this time
9           ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: March 13, 2017

                                        KENLY KIYA KATO
                                        United States Magistrate Judge